Matter of Giacalone v Bushart (2024 NY Slip Op 03303)

Matter of Giacalone v Bushart

2024 NY Slip Op 03303

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

502 CAF 23-01037

[*1]IN THE MATTER OF AZRAEL R. GIACALONE, PETITIONER-APPELLANT,
v
CONNOR B. BUSHART, RESPONDENT-RESPONDENT. 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR PETITIONER-APPELLANT.
TYSON BLUE, MACEDON, FOR RESPONDENT-RESPONDENT.
MICHAEL J. CAPUTO, ROCHESTER, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered May 16, 2023, in a proceeding pursuant to Family Court Act article 8. The order dismissed the petitions and vacated a temporary order of protection. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court